1  MELINDA HAAG (CABN 132612)
   United States Attorney

2  

3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division

4  ALEXANDRA P. SUMMER (CABN 266485)
   Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495

6      Telephone: (415) 436-7200
       Fax: (415) 436-7234

7      alexandra.summer@usdoj.gov

8  Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 14-00059 TEH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER TO THE MEDICAL STAFF AT SAN FRANCISCO COUNTY JAIL |
| DUVAL GIBSON, | ) | |
| Defendant. | ) | |

    As stated at a hearing on November 17, 2014, and for good cause shown, the Court hereby orders the medical staff at San Francisco County Jail to perform an assessment of whether the defendant, Duval Gibson, is physically capable of standing trial, including a determination of whether there is current evidence of significant cardiovascular impairment.  **The assessment of cardiovascular impairment shall be made by a cardiovascular specialist, either on the medical staff at the San Francisco County Jail or otherwise**.

//
//
//
//

CR 14-00059 TEH

1  The government shall provide a copy of this Order to the United States Marshal's Office and San
2  Francisco County Jail. The medical staff shall respond to this Order in writing by December 5, 2014, by
3  emailing a copy of its response to counsel for the parties at their addresses of record, as follows:
4      alexandra.summer@usdoj.gov
5      matthew.mccarthy@usdoj.gov
6      pdfitz22@gmail.com
7
8      IT IS SO ORDERED.
9
10 DATED: 11/20/14

                                      */s/ Thelton Henderson*
                                      HON. THELTON E. HENDERSON
                                      United States District Judge

CR 14-00059 TEH