UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

         Plaintiff,

  v.

DUVAL GIBSON,

         Defendant.

Case No. 14-cr-00059-TEH-1

**ORDER RE: STATUS OF DEFENDANT'S CARDIOVASCULAR EXAMINATION**

On November 20, 2014, the Court ordered the medical staff of the San Francisco County Jail to perform an assessment of Defendant Duval Gibson's physical fitness to stand trial, including an assessment of any cardiovascular impairment, by December 5. Docket No. 25. However, at a status conference held on December 8, 2014, the parties informed the Court that no such examination had been performed, and that they could not say whether one had yet been scheduled.

The Court hereby ORDERS that the medical staff of the San Francisco County Jail perform an examination of Duval Gibson's physical fitness to stand trial without delay. Such examination shall include an assessment of any significant cardiovascular impairment, to be determined by a cardiovascular specialist, whether on the medical staff of the San Francisco County Jail or otherwise.

The Government shall serve this Order on Dr. Joe Goldenson at the San Francisco County Jail, as well as on the San Francisco Sheriff's Department. The Government shall file proof of service with the Court no later than **Wednesday, December 10, 2014**.

The status conference previously set for December 15, 2014, is continued to **December 22, 2014** at **2:30 PM.** The parties shall come to the status conference prepared to discuss the status of Mr. Gibson's examination. Furthermore, a representative from the Sheriff's Department shall either attend the December 22 status conference or shall file a declaration no later than **December 17, 2014**, setting forth the reasons why the Court's

prior Order was not followed, and describing the status of Mr. Gibson's examination, including what tests have been performed by that date, what tests remain to be performed and the dates they will be performed, and the expected date of completion of the examination.

If the parties agree that time until December 22 should be excluded from the Speedy Trial Act, the Government shall file a Proposed Order to that effect.

**IT IS SO ORDERED.**

Dated: 12/09/14

_____
THELTON E. HENDERSON
United States District Judge

2