UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

  v.

DUVAL GIBSON,

        Defendant.

Case No. 14-cr-00059-TEH-1

**ORDER RE: MARCH 2 STATUS CONFERENCE**

Good cause appearing, IT IS HEREBY ORDERED that a representative from the San Francisco Sheriff's Department shall attend the **Monday, March 2, 2015** status conference in the above captioned case at **2:30 PM** in **Courtroom 2** of the San Francisco courthouse, to explain the status of Mr. Gibson's cardiovascular examination. The Government shall serve this order on the Sheriff's Department and file proof of service with the Court no later than **Friday, February 27, 2015**.

**IT IS SO ORDERED.**

Dated:  02/26/15                            _____
                                                  THELTON E. HENDERSON
                                                  United States District Judge