GAIL SHIFMAN
Law Office of Gail Shifman
423 Washington Street, Suite 600
San Francisco, CA  94111
Telephone:  (415) 551-1500
Facsimile:   (415) 551-1502
Email:  gail@shifmangroup.com

Attorney for Defendant
DUVAL GIBSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>DUVAL GIBSON,  )<br>  )<br>   Defendant.  )<br>_____ ) | CASE NO. CR 14-0059 TEH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER VACATING FILING AND TRIAL DATES, AND CONVERTING PRETRIAL HEARING TO STAUS HEARING** |

**STIPULATION**

The Court has set September 29, 2015 as the trial date and September 21, 2015 as the pretrial date with corresponding filing dates set pursuant to the Court's Pretrial Preparation Order, *dkt.* 65.  For the reasons contained herein, the parties stipulate and agree to vacate the trial and filing dates as contained in the Pretrial Preparation Order and to convert the pretrial date of September 21, 2015 at 3:00 p.m. to a status hearing, as follows:

1. Counsel for Defendant had ankle surgery on August 27, 2015 and though this surgery date was known at the time the trial date was set, further medical complications ensued post-surgery and defense counsel is now be on an unanticipated medical leave.  The date for defense counsel to return to a full working schedule is currently unknown.  Defense counsel

STIPULATION AND [PROPOSED] ORDER VACATING FILING AND TRIAL DATES, AND CONVERTING PRETRIAL HEARING TO STAUS HEARING

has been advised by her doctor, however, that she should not expect to be able to return to the type of schedule and the accompanying duties required for trial work until November 1, 2015.

2. As a result of defense counsel's medical conditions, she is not able to prepare or file motions in limine which are due on September 7, 2015 or to engage in other pretrial and trial preparation at this time.

3. Undersigned counsel have conferred and government counsel has no objection to defendant's request to vacate the pretrial filing deadlines and trial date.  Counsel agree to convert the pretrial hearing on September 21, 2015 to a status hearing where the parties can appear before the Court to reschedule the pretrial and trial date.

4. Defendant, Duval Gibson, has been advised of this request and is in agreement with vacating the filing and trial dates and converting the pretrial hearing to a status hearing where a new trial date will be set.

5. Time has already been excluded by the Court through September 29, 2015, the date trial was previously set to begin, and this exclusion continues to be warranted for continuity of counsel for the reasons stated above.

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: September 3, 2015         /s/ Alexandra Summer
ALEXANDRA P. SUMMER
Assistant United States Attorney


DATED: September 3, 2015         /s/Gail Shifman
GAIL SHIFMAN
Attorney for DUVAL GIBSON

STIPULATION AND [PROPOSED] ORDER VACATING FILING AND TRIAL DATES, AND CONVERTING PRETRIAL HEARING TO STAUS HEARING

**[~~PROPOSED~~] ORDER**

This matter having come before the Court upon the Stipulation of the parties, for the reasons stated above, and for good cause shown,

The trial date of September 29, 2015 is vacated and the pretrial filing dates pursuant to Pretrial Preparation Order, *dkt.* 65 are vacated;

The Pretrial hearing on September 21, 2015 at 3:00 p.m. is converted to a Status hearing where a new pretrial and trial date will be set.

Time having already been excluded by the Court through September 29, 2015, the date trial was previously set to begin, this exclusion continues to be warranted for continuity of counsel for the reasons stated above.

IT IS SO ORDERED.

DATED: September __04__, 2015



_____
THE HONORABLE THELTON E. HENDERSON
United States District Judge

STIPULATION AND [PROPOSED] ORDER VACATING FILING AND TRIAL DATES, AND CONVERTING PRETRIAL HEARING TO STAUS HEARING