GAIL SHIFMAN, State Bar No. 147334
Law Office of Gail Shifman
1663 Mission Street, Suite 200
San Francisco, CA  94103
Telephone:  (415) 551-1500
Facsimile:   (415) 551-1502
Email: gail@shifmangroup.com

Attorney for Defendant
DUVAL GIBSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 14-0059 TEH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING** |
| v. | |
| DUVAL GIBSON, | |
| Defendant. | |

**STIPULATION**

1. The Court has set May 9, 2016 as the sentencing hearing in this matter following a finding of guilt on January 25, 2016 to Count One of the Indictment, Felon in Possession of a Firearm, based upon a stipulated facts bench trial.

2. Defendant is also charged in the San Francisco Superior Court with a variety of felony and misdemeanor charges arising out of the same conduct that serves as the factual basis for the federal charge and sentencing guideline enhancements herein.  It is expected that Mr. Gibson will resolve these state charges contemporaneously with the imposition of sentence in this case.

3.  The defense is awaiting some mitigation material in the possession of the state public defender representing Mr. Gibson which he intends to include in his sentencing memorandum to be filed with the court.  Though we had hoped to have these materials in

hand, additional time is needed to receive them from the state public defender.

4. Given the seriousness of the charge herein and to facilitate the defendant's request, the government does not object to defendant's request to continue the sentencing hearing date and stipulates to continue sentencing until June 20, 2016 at 2:30 p.m.

**IT SO STIPULATED.**

                                            BRIAN J. STRETCH
                                            United States Attorney

DATED: April 25, 2016

                                            /s/ Rita Lin

LLOYD FARNAM
RITA LIN
Assistant United States Attorneys

DATED: April 25, 2016                        /s/ Gail Shifman

GAIL SHIFMAN
Attorney for DUVAL GIBSON

# [~~PROPOSED~~] ORDER

For the reasons stated above, and the Court being advised,

**IT IS ORDERED** that the May 9, 2016 sentencing hearing is vacated and continued until June 20, 2016 at 2:30 p.m.

DATED: April __26__ , 2016                          _____
                                                  HON. THELTON E. HENDERSON
                                                  United States District Judge