GAIL SHIFMAN, State Bar No. 147334
Law Office of Gail Shifman
1663 Mission Street, Suite 200
San Francisco, CA  94103
Telephone:  (415) 551-1500
Facsimile:   (415) 551-1502
Email: gail@shifmangroup.com

Attorney for Defendant
DUVAL GIBSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 14-0059 TEH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING** |
| v. | |
| DUVAL GIBSON, | |
| Defendant. | |

**STIPULATION**

1. The Court has set July 25, 2016 as the sentencing hearing in this matter following a stipulated facts bench trial on January 25, 2016 to Count One of the Indictment, Felon in Possession of a Firearm, based upon a stipulated facts bench trial.

2. Defendant is also charged in the San Francisco Superior Court with a variety of felony and misdemeanor charges arising out of the same conduct that serves as the factual basis for the federal charge and sentencing guideline enhancements herein.  It is expected that Mr. Gibson will resolve these state charges contemporaneously with the imposition of sentence in this case.

3. Defendant's sentencing memorandum was to be filed per the Court's Standing Order two weeks before the sentencing hearing.  Though defense counsel is aware of this, defense counsel entered the filing due date into her calendar as July 18, 2016 in error. Additionally,

some information is missing from the Presentence Report which needs to be amended to include, for example, the fact that Mr. Gibson has pending charges in the San Francisco Superior Court.

4. Given the seriousness of the sentence that Mr. Gibson faces and to facilitate the defendant's request, the government does not object to defendant's request to continue the sentencing hearing date and stipulates to continue sentencing until August 8, 2016 at 2:30 p.m.

**IT SO STIPULATED.**

BRIAN J. STRETCH
United States Attorney

DATED: July 13, 2016

/s/ Rita Lin
_____
LLOYD FARNAM
RITA LIN
Assistant United States Attorneys

DATED: July 13, 2016

/s/ Gail Shifman
_____
GAIL SHIFMAN
Attorney for DUVAL GIBSON

## [PROPOSED] ORDER

For the reasons stated above, and the Court being advised,

**IT IS ORDERED** that the July 25, 2016 sentencing hearing is vacated and continued until August 8, 2016 at 2:30 p.m.

DATED: July __13__ , 2016

_____
HON. THELTON E. HENDERSON
United States District Judge

2